# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA SAWAKJIAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO,<br><br>        Defendant.<br>_____/ | Case No. 1:18-cv-00241-LJO-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 7) |

The parties having so stipulated (Doc. 7) and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently set for May 17, 2018, is **CONTINUED to June 21, 2018, at 9:45 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.** The parties are to file their Joint Scheduling Report no later than seven days prior to the Conference.

IT IS SO ORDERED.

Dated: **May 11, 2018**                                            /s/ *Sheila K. Oberto*  
                                                                          UNITED STATES MAGISTRATE JUDGE