1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  SILVA SAWAKJIAN,                      )   Case No. 1:18-cv-00241-LJO-SKO
                                          )
12           Plaintiff,                   )   **ORDER GRANTING**
                                          )   **STIPULATION TO DISMISS**
13       vs.                              )   **ENTIRE ACTION WITH**
                                          )   **PREJUDICE**
14  CITY OF FRESNO,                       )
                                          )
15           Defendant.                   )   (Doc. 12)
                                          )
16

17

18        On July 11, 2018, the parties filed a stipulation notifying the Court that the

19  parties have reached a settlement and requesting that the present action be dismissed

20  with prejudice.  (Doc. 12.)

21        In relevant part, Federal Rule of Civil Procedure 41(a)(1)(A) provides as

22  follows:

23
          [A] plaintiff may dismiss an action without a court order by filing: (i) a
24        notice of dismissal before the opposing party serves either an answer or
          a motion for summary judgment; or (ii) a stipulation of dismissal signed
25        by all parties who have appeared.

26

27        Fed. R. Civ. P. 41(a)(1)(A).  Rule 41 thus allows the parties to dismiss an action

28  voluntarily, after service of an answer, by filing a written stipulation to dismiss signed

by all parties who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a stipulation for dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) that is signed by all parties who have made an appearance, this case has terminated. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated: __**July 12, 2018**__                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE